## MAXCY vs. KNIGHT.

1. A debt payable on demand will not bear interest until a demand is made, or a writ served.

ERROR to the Circuit Court of Montgomery. Tried before the Hon. Thomas A. Walker.

SAFFOLD, for the plaintiff in error, cited 1 McCord, 370; 2 Bail. 276; 4 Bibb, 246; 2 ib. 467; 15 Pick. 500; 9 ib. 112; 2 Penn. 419; 1 Monr. 209; 6 Dana, 7.

ELMORE, for the defendant.

DARGAN, C. J.—This suit is brought on a bond, by which Maxcy promised and obligated himself to pay to Knight, the defendant in error, three hundred and thirteen dollars and ninety-one cents, on demand. Judgment was rendered for the want of a plea, and the clerk computed interest from the date of the instrument. Maxcy, the defendant below, moved the Circuit Court to correct the judgment as to the amount, and to have the

interest computed only from the time the writ was served, as there was no other evidence of a demand. This motion was refused.

When a debt is payable on demand, whether the evidence of it be a bond or note, or whether it can be proved by parol evidence only, it will not bear interest until the demand is made. True a demand need not be made to entitle the party to his writ, for the service of the writ is a sufficient demand; but in the absence of proof of any other demand than that of suit, the plaintiff can recover interest only from the time the writ was served upon the defendant.—Patrick v. Clay, 4 Bibb, 246; Hunt v. Nevers, 15 Pick. 500.

The court erred in refusing to have the judgment corrected as to the amount the plaintiff was entitled to recover, and it must be here done at the cost of the defendant in error. Let the judgment be reversed and rendered for the amount of the bond, with interest from the date of the service of the writ.